**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 5, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00150-CV

---

### JESSICA JIMENEZ, Appellant

### V.

### VANLE PROPERTIES, LLC, Appellee

---

**On Appeal from the County Court at Law #4
Fort Bend County, Texas
Trial Court Cause No. 19-CCV-065820**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 12, 2020. On July 14, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Hassan.